**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Fiedor, ) | No. CV-06-1610-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Qwest Group Long Term Disability Plan;) Qwest Health Care Plan, ) | |
| Defendants. ) | |

On July 13, 2006, Plaintiff's counsel filed a Notice Of Death and Request For Stay. (docket # 6) Plaintiff's counsel requests a stay in the proceedings due to the death of Plaintiff until such time as the executor or beneficiary is identified and decides whether to continue with the litigation. No express period of time is requested. A review of the current docket does not indicate whether any Defendant herein has been served to date.

Good cause appearing,

**IT IS ORDERED** that Notice Of Death and Request For Stay (docket # 6) is **GRANTED** and this matter, the deadline for compliance without sanctions with this Court's July 6, 2006, Order (dkt. #5) and service of the Complaint under Rule 4(m), FED.R.CIV.P., is hereby **STAYED** for 60 days from July 13, 2006 to **Monday, September 11, 2006**.

Pursuant to Rule 25(a), FED.R.CIV.P., Plaintiff's counsel and Plaintiff's representative are hereby notified that if no motion for substitution of Plaintiff is not filed

1  with ninety (90) days of the date Plaintiff's death was suggested on the record (July 13, 2006)
2  and properly served, this lawsuit may be involuntarily dismissed without prejudice.
3       **IT IS FURTHER ORDERED** that all pleadings filed herein shall contain the
4  following case number and initials until further order of the Court: CV-06-1610-PHX-LOA.
5       DATED this 17th day of July, 2006.

                            */s/ Lawrence O. Anderson*
                            Lawrence O. Anderson
                            United States Magistrate Judge