1  **WO**

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                        FOR THE DISTRICT OF ARIZONA

7

8  Timothy Fiedor,                    )    No. CV-06-1610-PHX-LOA
                                       )
9              Plaintiff,             )    **ORDER**
                                       )
10 vs.                                )
                                       )
11 Qwest Group Long Term Disability   )
   Plan; Qwest Group Health Care Plan )
12                                     )
              Defendants.             )
13 _____     )

14

15         The Court is in receipt of Plaintiff's Request for Dismissal and Proposed Order.

16 Although the Plaintiff's proposed Order was not properly submitted as required by the Court's

17 ECF Administrative Policies and Procedures Manual effective 4/3/06, Section G, Proposed

18 Orders and Orders, Subsection 1, the Court will grant Plaintiff's Request for Dismissal.

19         **IT IS ORDERED granting**  Plaintiff's Request for Dismissal (docket #9)

20 without prejudice.

21         **IT IS FURTHER ORDERED** directing Plaintiff's counsel to mail a copy of

22 this Order to David Miller, Attorney of Qwest Legal Department forthwith upon Plaintiff's

23 counsel's receipt of this Order.

24         DATED this 20th day of October, 2006.

25

26                              _____
                                        Lawrence O. Anderson
27                                 United States Magistrate Judge

28